IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

**LOUIS ROY CHAPMAN, JR.,**

    Plaintiff,

v.                                              Civil Action No. **3:24CV547**

**HOPE ALEXANDER,** *et al.***,**

    Defendants.

## MEMORANDUM OPINION

Plaintiff, a Virginia inmate, submitted this action and requested leave to proceed *in forma pauperis*. The pertinent statute provides:

> In no event shall a prisoner bring a civil action [*in forma pauperis*] if the prisoner has, on 3 or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury.

28 U.S.C. § 1915(g). Plaintiff has at least three other actions or appeals that have been dismissed as frivolous or for failure to state a claim. *See, e.g., Chapman v. Jordan*, No. 20cv292, 2021 WL 1235373, *9 (E.D. Va. Apr. 1, 2021); *Chapman v. Bullock*, No. 3:14CV463, 2016 WL 543165, at *6 (E.D. Va. Feb. 9, 2016); *Chapman v. Bullock*, No. 3:14CV463, 2016 WL 543165, at *6 (E.D. Va. Feb. 9, 2016). Plaintiff's current complaint does not suggest that he is in imminent danger of serious physical harm.[1] Accordingly, Plaintiff's request to proceed *in forma pauperis* is DENIED. The action will be DISMISSED WITHOUT PREJUDICE.

---

[1] In his Complaint, Plaintiff alleges that he suffered from scabies, but medical professionals have now provided medication that "is working." (ECF No. 1, at 6.)

If Plaintiff wishes to proceed with this action, he may submit a new complaint with the full $405 filing fee. The Court will process such a complaint as a new civil action.

An appropriate Order shall accompany this Memorandum Opinion.

It is so ORDERED.

Date: 28 October 2024
Richmond, Virginia

/s/
John A. Gibney, Jr.
Senior United States District Judge